UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-21816-CIV-MARTINEZ-BECERRA**

OLGA GOMEZ MEJIA,

      Plaintiff,

v.

COSTCO WHOLESALE,

      Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motion to Enforce Settlement (the "Motion"), (ECF No. 30). (Order Reference, ECF No. 32.) Thereafter, Magistrate Judge Becerra filed the subject Report and Recommendation, which recommended that this Court deny the Motion and grant Alexis Izquierdo's Motion to Withdraw, (ECF No. 35). (R&R, ECF No. 38, at 2–3.) Thereafter, Defendant timely filed its Objections to the Report and Recommendation. (ECF No. 39.)

This Court reviewed the entire file and record and made a de novo review of the Motion and issues that the objections to the Report and Recommendation present. This Court finds that the issues raised in Defendants' objection are already thoroughly addressed in Magistrate Judge Becerra's Report and Recommendation, (ECF No. 38). After careful consideration, it is

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 38), is AFFIRMED and ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that:

1.     The Motion, (ECF No. 43), is DENIED without prejudice.

2.     Alexis Izquierdo's Motion to Withdraw, (ECF No. 35), is GRANTED. Alixis Izquierdo, Esq., and the law firm Alexis Izquierdo, P.A., SHALL BE PERMITTED to withdraw as Attorneys of Record for Plaintiff Olga Gomez Mejia in the above-captioned

case and are hereby relieved of any further responsibility as counsel for Plaintiff. Counsel SHALL, first, send a copy of this Order to its client and file with the Clerk a certification of service.

3.      Plaintiff Olga Gomez Mejia SHALL, **on or before Wednesday, June 29, 2022**, either:

      a.      Retain new counsel, and new counsel shall file a Notice of Appearance; or

      b.      File a Notice of Intent to Proceed *pro se*.

4.      Plaintiff, whether represented by counsel or proceeding *pro se*, SHALL SHOW CAUSE **on or before Wednesday, July 13, 2022**, why this case should not be dismissed without prejudice for failure to comply with this Court's Order on Notice of Settlement, (ECF No. 29), by failing to file a Stipulation of Dismissal with the Clerk of Court on or before Monday, April 18, 2022.

5.      Defendant's Objection to Magistrate Judge Becerra's Report and Recommendation, (ECF No. 39), is OVERRULED.

6.      Failure to comply with this Order SHALL result in this Court immediately dismissing this case without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of June, 2022.

                                  _____

                                    JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record